# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LISA CLOW, individually and as a Personal Representative for the Spouse and Children of Stewart Clow, Decedent;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,** a Delaware corporation;<br><br>**Defendant.** | **4:23CV3117**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **October 13, 2023**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, any hearings set for this case, and any other pending deadlines, including the deadline for parties to file a Rule 26(f) Report.

Dated this 12th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge